IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MICHAEL M. ROBERTSON, )
)
Plaintiff, )
) Civil Action No. 7:06cv746
v. )
)
MICHAEL ASTRUE, ) By: Michael F. Urbanski
Commissioner of Social Security, ) United States Magistrate Judge
)
Defendant. )
)

## ORDER

In accordance with the accompanying Memorandum Opinion, it is now

**ADJUDGED AND ORDERED**

that the defendant's Motion for Summary Judgment is hereby **GRANTED**, pursuant to Federal Rule of Civil Procedure 56(b); this matter is hereby **DISMISSED** with prejudice, and this action is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and to counsel of record for Defendant.

ENTER: This 15 day of November, 2007.

Michael F. Urbanski
United States Magistrate Judge